UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 20-cv-81123-CANNON/Reinhart

EUGENE MISQUITH,

                           *Plaintiff*,

v.

ROBERT BORREGO,
ST, MARY'S MEDICAL CENTER,
PALM BEACH TRAUMA ASSOCIATES
and PALM BEACH COUNTY HEALTH
CARE DISTRICT,

                           *Defendants*.

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Plaintiff, EUGENE MISQUITH, in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the Order Accepting with Clarifications Report and Recommendation dismissing the Second Amended Complaint, entered in this action on FLSD Docket on the 15th day of March, 2022, Docket Number 110.

Dated: April 12, 2022

                          By:   /Eric Vaughn-Flam_____
                                Eric Vaughn-Flam, Esq
                                Eric Vaughn-Flam P.A.
                                Florida Bar No. 1003553
                                *Attorneys for Plaintiff*
                                5340 E Harbor Village Dr., Suite 301
                                Vero Beach, FL 32967
                                Tel. (646) 318-7100
                                Fax (888) 907-1620
                                Email evf.clllc@gmail.com