# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 23, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ____JE____ D.C.
Mar 23, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 22-11194-CC
Case Style: Eugene Misquith v. Roberto Borrego, et al
District Court Docket No: 9:20-cv-81123-AMC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
General Information:            404-335-6100     Attorney Admissions: 404-335-6122
New / Before Briefing Cases:    404-335-6135     Capital Cases:        404-335-6200
Cases in Briefing / After Opinion: 404-335-6130  CM/ECF Help Desk:    404-335-6125
Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11194

_____

EUGENE MISQUITH,

                                                                 Plaintiff-Appellant,

*versus*

ROBERTO BORREGO,
ST. MARY'S MEDICAL CENTER,
PALM BEACH TRAUMA ASSOCIATES,
PALM BEACH COUNTY HEALTHCARE
DISTRICT,

                                                           Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-81123-AMC

_____

Case 9:20-cv-81123-AMC   Document 116   Entered on FLSD Docket 03/24/2023   Page 3 of 8
USCA11 Case: 22-11194   Document: 42-2   Date Filed: 03/23/2023   Page: 2 of 2

2                                                                       22-11194

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 22, 2023

For the Court: DAVID J. SMITH, Clerk of Court

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-11194

Non-Argument Calendar

_____

EUGENE MISQUITH,

                                          Plaintiff-Appellant,

versus

ROBERTO BORREGO,
ST. MARY'S MEDICAL CENTER,
PALM BEACH TRAUMA ASSOCIATES,
PALM BEACH COUNTY HEALTHCARE
DISTRICT,

                                          Defendants-Appellees.

_____

| 2 | Opinion of the Court | 22-11194 |

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-81123-AMC

_____

Before WILSON, ROSENBAUM, and ANDERSON, Circuit Judges.

PER CURIAM:

      Eugene Misquith appeals the district court's dismissal of his second amended complaint against Palm Beach County Health Care District ("the district"), St. Mary's Medical Center ("St. Mary's"), Robert Borrego, and Palm Beach Trauma Associates ("PBTA") (collectively, "the healthcare providers"), alleging disability discrimination and retaliation under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12112, 12203(a), race, national origin, age, and disability discrimination and retaliation under the Florida Civil Rights Act ("FRCA"), Fla. Stat. § 760.10, and retaliation under the Florida Whistleblower Act ("FWA"), Fla. Stat. § 448.102.  He argues that the district court improperly dismissed the 90-page second amended complaint as a shotgun pleading and for failure to state a claim.

      After reviewing the briefs and the record, we find no error, and we affirm the dismissal of Misquith's second amended complaint for the reasons stated in the Magistrate Judge's well-reasoned report and recommendation.

      **AFFIRMED.**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-11194-CC
Case Style: Eugene Misquith v. Roberto Borrego, et al
District Court Docket No: 9:20-cv-81123-AMC

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, <u>costs taxed against appllant</u>.

Please use the most recent version of the Bill of Costs form available on the court's website at <u>www.ca11.uscourts.gov.</u>

<u>Clerk's Office Phone Numbers</u>
General Information           404-335-6100
New / Before Briefing Cases   404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument   404-335-6141
Capital Cases                 404-335-6200
Attorney Admissions            404-335-6122
CM/ECF Help Desk              404-335-6125

OPIN-1A Issuance of Opinion With Costs

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Bill of Costs**

Court of Appeals Docket No. __22-11194-G__

EUGENE MISQUITH _____ vs. ROBERT BORREGO, et al., _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — — | — | — | — | | |
| Appellant's Brief | | | | | | |
| Appendix | | | | | | |
| Appellee's Brief | x | 50 | 4 | 200 | $30.00 | $30.00 |
| Reply Brief | | | | | | |
| | | | | | | |
| | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | $ $30.00 REQUESTED | $ $30.00 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: **Christopher J. King** (Digitally signed by Christopher J. King, Date: 2023 02 24 16:19 33 -05'00')

Date Signed: February 27, 2023

Attorney Name: Christopher J. King of Homer Bonner Jacobs, P.A. (Type or print your name)

Attorney for: Robert Borrego and Palm Beach Trauma Associates (Type or print name of client)

E-mail: cking@homerbonner.com

Phone: (305)350-5126

Street Address/City/State/Zip: 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __$30.00__ against __Appellant__

and are payable directly to __Appellee__

David J. Smith, Clerk of Court

Issued on: _____ By: __/S/ Tresa A. Raines__ DATE: 3/7/2023
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE: 03/23/2023